UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKAT, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 3:18-cv-10116-FLW |
| v. | ) <br> ) |
| The Robin Daniel Pension Plan et al., | ) <br> ) |
| Defendant. | ) <br> ) |

## ORDER ADMITTING MARK D. ALLISON, ESQ.
## PRO HAC VICE

This matter being brought before the Court on Motion by The Robin Daniel Pension Plan and Matthew Tucci ("Defendants"), by and through its attorney, ZHANNA A. ZIERING, ESQ., Caplin & Drysdale, Chartered, 600 Lexington Avenue, Floor 21, New York, NY 10022, for an Order admitting MARK D. ALLISON, ESQ., an attorney admitted to the practice of law in the State of New York and the District of Columbia, to appear and participate with other counsel for Defendants for good cause shown;

IT IS on this _12th_ day of _July_, 2018, hereby;

ORDERED that MARK D. ALLISON, ESQ. be and is hereby admitted pro hac vice in the above captioned matter pursuant to Local Civil Rule 101.1(c) and is authorized to appear and participate with other counsel for Defendants subject to the following conditions:

1. MARK D. ALLISON, ESQ. shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorney admitted herein.

2. MARK D. ALLISON, ESQ. shall immediately notify the Court of any matter

affecting his standing at the Bar of any jurisdiction.

    3.    MARK D. ALLISON, ESQ. is required to make payment to the New Jersey Lawyers' Fund for Client Protection, which has already been made on January 23, 2018.

    4.    MARK D. ALLISON, ESQ. may receive notice of electronic filings to him at email address mallison@capdale.com.

    5.    Non-compliance with any of the terms of this Order shall constitute grounds for removal.

_[signature]_